

# United States District Court
# Eastern District of California

| Harada, et al. |
| --- |

Plaintiff(s)

Case Number: | 2:26--cv-0267 |

V.

| GoodLeap, LLC |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Paolo C. Meireles _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Anthony Morgan, Derek Harada, Jacob Nevzoroff _____

On _____ 09/24/2011 _____ (date), I was admitted to practice and presently in good standing in the
_____ Florida _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 2/12/2026 _____                    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Paolo C. Meireles

Law Firm Name: Shavitz Law Group, P.A.

Address: 622 Banyan Trl Ste 200

City: Boca Raton    State: FL    Zip: 33431

Phone Number w/Area Code: (561) 447-8888

City and State of Residence: Boca Raton, FL

Primary E-mail Address: pmeireles@shavitzlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nicholas J. Ferraro

Law Firm Name: Ferraro Vega Employment Lawyers, Inc.

Address: 3333 Camino del Rio S Suite 300

City: San Diego    State: CA    Zip: 92108

Phone Number w/Area Code: (619) 693-7727    Bar # 306528

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 27, 2026

_____
JUDGE, U.S. DISTRICT COURT



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re:  0091551
Paolo Chagas Meireles
Shavitz Law Group, P.A.
622 Banyan Trl Ste 200
Boca Raton, FL 33431-5615

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 24, 2011**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  10th  day of **February, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-394279