

# United States District Court
# Eastern District of California

DEREK HARADA, et al.

Plaintiff(s)

V.

GOODLEAP, LLC

Defendant(s)

Case Number: 2:26-cv-00267-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David T. Schur hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

GOODLEAP, LLC

On 08/06/2001 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/19/2026          Signature of Applicant: /s/ David Schur

**Pro Hac Vice Attorney**

Applicant's Name: David T. Schur

Law Firm Name: Manatt, Phelps & Phillips, LLC

Address: 1050 Connecticut Avenue, NW, Suite 600

City: Washington    State: DC    Zip: 20036

Phone Number w/Area Code: (202) 585-6568

City and State of Residence: Washington, DC

Primary E-mail Address: DSchur@manatt.com

Secondary E-mail Address: MDDavis@manatt.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Esra A. Hudson

Law Firm Name: Manatt, Phelps & Phillips, LLC

Address: 2049 Century Park East, Suite 1700

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 312-4000    Bar # 202881

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 27, 2026

_____
JUDGE, U.S. DISTRICT COURT



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# David T Schur

was duly qualified and admitted on August 6, 2001 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 30, 2025.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*